**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**SECOND AMENDED MASTER
SHORT FORM COMPLAINT FOR
DAMAGES FOR INDIVIDUAL
CLAIMS AND DEMAND FOR JURY
TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Anthony Thomas Henson

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Indiana

1

5.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Indiana

6.    Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Indiana

7.    District Court and Division in which venue would be proper absent direct filing:

USDC, Southern District of Indiana, Indianapolis Division

8.    Defendants (check Defendants against whom Complaint is made):

☒    C.R. Bard, Inc.

☒    Bard Peripheral Vascular, Inc.

9.    Basis of Jurisdiction:

☒    Diversity of Citizenship

☐    Other:

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

2

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☒    G2® Express (G2®X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

October 15, 2009 _____

_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:    Strict Products Liability - Manufacturing Defect

☒    Count II:    Strict Products Liability - Information Defect (Failure to Warn)

☒    Count III:    Strict Products Liability - Design Defect

☒    Count IV:    Negligence - Design

3

☒      Count V:        Negligence - Manufacture

☒      Count VI:       Negligence - Failure to Recall/Retrofit

☒      Count VII:      Negligence - Failure to Warn

☒      Count VIII:     Negligent Misrepresentation

☒      Count IX:       Negligence *Per Se*

☒      Count X:        Breach of Express Warranty

☒      Count XI:       Breach of Implied Warranty

☒      Count XII:      Fraudulent Misrepresentation

☒      Count XIII:     Fraudulent Concealment

☒      Count XIV:      Violations of Applicable Indiana Law Prohibiting Consumer

                        Fraud and Unfair and Deceptive Trade Practices

☐      Count XV:       Loss of Consortium

☐      Count XVI:      Wrongful Death

☐      Count XVII:     Survival

☒      Punitive Damages

4

☐    Other(s):    _____ (please state the facts

supporting this Count in the space immediately below)

_____

_____

_____

13.    Jury Trial demanded for all issues so triable?

☒    Yes

☐    No

Respectfully submitted,

THE NATIONS LAW FIRM

 /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr.
Suite 208
Houston, TX 77042

ATTORNEYS FOR PLAINTIFF(S)

I hereby certify that on this 23rd day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

 /s/ Howard L. Nations
Howard L. Nations